IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MARBIN ALEXANDER VASQUEZ            §
NUNEZ,                             §
      Petitioner,             §
                                    §
                                    §
v.                                 §    No. 3:26-cv-01622-N (BT)
                                    §
ICE ERO DALLAS FIELD OFFICE        §
DIRECTOR,                          §
      Respondent.             §

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings,
Conclusions, and Recommendation of the United States Magistrate Judge and any objections
thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion
that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the
Findings and Conclusions of the Court. By separate judgment, Petitioner's habeas action will be
**DISMISSED WITHOUT PREJUDICE** as moot.

SO ORDERED.

Signed July 6, 2026.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE